IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TENAHA LICENSING LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 17-1604-GMS |
| v. | ) |
| | ) |
| TELULAR CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The plaintiff Tenaha Licensing LLC and defendant Telular, Inc., pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "NON-EXCLUSIVE PATENT LICENSE AND SETTLEMENT AGREEMENT" and dated April 25, 2018, with each party to bear its own costs, expenses and attorneys' fees.

**ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff Tenaha Licensing LLC and defendant Telular, Inc. in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff Tenaha Licensing LLC and defendant Telular, Inc. are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "NON-EXCLUSIVE PATENT LICENSE AND SETTLEMENT AGREEMENT" and dated April 25, 2018.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

IT IS SO ORDERED, this 2nd day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE

**SO STIPULATED:**

| | |
|---|---|
| STAMOULIS & WEINBLATT LLC | POTTER ANDERSON & CORROON LLP |
| By: /s/Stamatios Stamoulis | By: /s/ James P. Hanrath |
| Stamatios Stamoulis (#4606) | David E. Moore (#3983) |
| Richard C. Weinblatt (#5080) | Bindu A. Palapura (#5370) |
| Two Fox Point Centre | Stephanie E. O'Byrne (#4446) |
| 6 Denny Road, Suite 307 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19809 | 1313 N. Market Street |
| Tel: (302) 999-1540 | Wilmington, DE 19801 |
| stamoulis@swdelaw.com | Tel: (302) 984-6000 |
| weinblatt@swdelaw.com | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| WATSON LLP | sobyrne@potteranderson.com |
| | |
| Coleman Watson | OF COUNSEL: |
| Florida Bar. No. 0087288 | James P. Hanrath |
| California Bar No. 266015 | Michael J. Femal |
| Georgia Bar No. 317133 | MUCH SHELIST, P.C. |
| New York Bar No. 4850004 | 191 N. Wacker Drive, Suite 1800 |
| Email: coleman@watsonllp.com | Chicago, IL 60606 |
| docketing@watsonllp.com | Telephone: (312) 521-2000 |
| 189 S. Orange Avenue, Suite 810 | jhanrath@muchshelist.com |
| Orlando, FL 32801 | mfemal@muchshelist.com |
| Tel: (407) 377-6634 | |
| *Attorneys for Plaintiff Tenaha Licensing LLC* | *Attorneys for Defendant Telular Corporation* |